*Verdun, Scott Michael*                                                  *10-13368*

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**110**
60-249 / 433

**AARON CAILLOUET, Trustee**
**401 MENARD STREET**
**THIBODAUX LA 70301**
Regarding
VERDUN, SCOTT MICHAEL (10-13368 A)
92005513547466

COMBINED SMALL CHECK

**VOID AFTER 90 DAYS**

TID # 380220

50-11666

Date    07/21/2011

$  ***********3.10

~~~Three Dollars and 10/100

Pay to the
Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈00000⑈10⑈ ⑆043302493⑆ 9 2005 5135 47466⑈

---

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**# 228870    — KW**
**\* \* C O P Y \* \***
**July 25, 2011**
**15:51:13**

**UNC.UNDER$25**
**10—13368**
Debtor.: SCOTT MICHAEL VERDUN
Trustee: Aaron Caillouet
Amount.:              $3.10 CH
Check#.: 110

*Deposit 7/25/11*
*To Treasury 106000*
*Due to: Capital Recovery, llc*

*cv.*

**Total—>   $3.10**

FROM: CAILLOUET

Printed: 07/21/11 01:40 PM

Page: 1

## Claims Distribution Small Checks

**Case:** 10-13368 - VERDUN, SCOTT MICHAEL

**Trustee:** AARON CAILLOUET (380220)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 0005513547466 | 110 | 07/21/11 | 7 | 05/16/11 | 610 | Payee: Clerk, U.S. Bankruptcy Court Capital Recovery IV LLC | 91.00 | 91.00 | 3.10 | 3.10 |
| | | | | | | Check Amount: | | | $3.10 | 3.10 |